UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | |
|---|---|---|
| | § | |
| M&M PLUMBING CO., INC. | § | Case No. 10-08990 |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Frances Gecker, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
CLERK OF THE U.S. BANKRUPTCY COURT
219 S. Dearborn Street
Chicago, Illinois 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 09/04/2013 in Courtroom 613,
Everett McKinley Dirksen U.S. Courthouse
219 S. Dearborn Street
Chicago, IL 60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 08/05/2013                     By: _____

*Frances Gecker*
*325 N. LaSalle Street*
*Suite 625*
*Chicago, IL 60654*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| M&M PLUMBING CO., INC. | § | Case No. 10-08990 |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 25,885.32 |
| and approved disbursements of | $ | 19,752.82 |
| leaving a balance on hand of[1] | $ | 6,132.50 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---:|---:|---:|---:|
| | BANNER PLUMBING SUPPLY CO., INC. | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | $ 0.00 |
| | AUBURN SUPPLY | $ 4,000.00 | $ 4,000.00 | $ 4,000.00 | $ 0.00 |

| | | |
|---|---|---:|
| Total to be paid to secured creditors | $ | 0.00 |
| Remaining Balance | $ | 6,132.50 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Frances Gecker | $ 3,338.53 | $ 0.00 | $ 3,282.80 |
| Attorney for Trustee Fees: FRANKGECKER LLP | $ 10,841.00 | $ 10,841.00 | $ 0.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) (Page: 2)

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Attorney for Trustee Expenses: FRANKGECKER LLP | $ 141.11 | $ 141.11 | $ 0.00 |
| Accountant for Trustee Fees: ALAN D. LASKO & ASSOCIATES, P.C. | $ 2,882.50 | $ 0.00 | $ 2,834.38 |
| Accountant for Trustee Expenses: ALAN D. LASKO & ASSOCIATES, P.C. | $ 15.58 | $ 0.00 | $ 15.32 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 19.79 | $ 19.79 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses       $       6,132.50

Remaining Balance       $       0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 89,488.78 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY | $ 645.34 | $ 0.00 | $ 0.00 |
| 000002B | MICHAEL J. TISCHLER, III | $ 11,725.00 | $ 0.00 | $ 0.00 |
| 000008 | INTERNAL REVENUE SERVICE | $ 65,000.00 | $ 0.00 | $ 0.00 |
| 000009B | ILLINOIS DEPARTMENT OF REVENUE | $ 863.06 | $ 0.00 | $ 0.00 |
| 000016 | MATTHEW CHAGDES | $ 11,255.38 | $ 0.00 | $ 0.00 |

Total to be paid to priority creditors       $       0.00

Remaining Balance       $       0.00

UST Form 101-7-NFR (5/1/2011) *(Page: 3)*

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 203,363.19 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002A | MICHAEL J. TISCHLER, III | $ 2,225.84 | $ 0.00 | $ 0.00 |
| 000003 | FLOOD BROTHERS | $ 338.70 | $ 0.00 | $ 0.00 |
| 000004 | MORTON GROVE SUPPLY CO. | $ 23,763.50 | $ 0.00 | $ 0.00 |
| 000005 | T & J WATER HEATER SERVICE | $ 220.00 | $ 0.00 | $ 0.00 |
| 000006 | TRAMCO PUMP COMPANY | $ 700.00 | $ 0.00 | $ 0.00 |
| 000007 | PLUMBERS' WELFARE FUND LOCAL 130 U.A. | $ 43,715.57 | $ 0.00 | $ 0.00 |
| 000009A | ILLINOIS DEPARTMENT OF REVENUE | $ 273.01 | $ 0.00 | $ 0.00 |
| 000010 | GATOR REPRODUCTIONS INC. | $ 52.64 | $ 0.00 | $ 0.00 |
| 000011 | S.K. CULVER CO. | $ 766.24 | $ 0.00 | $ 0.00 |
| 000012 | ACUITY | $ 17,742.00 | $ 0.00 | $ 0.00 |
| 000015A | DEPARTMENT OF TREASURY | $ 2,916.21 | $ 0.00 | $ 0.00 |
| 000015B | DEPARTMENT OF TREASURY | $ 97,319.43 | $ 0.00 | $ 0.00 |
| 000015C | DEPARTMENT OF TREASURY | $ 13,330.05 | $ 0.00 | $ 0.00 |
| | Total to be paid to timely general unsecured creditors | | $ | 0.00 |

    Remaining Balance                                                    $_____0.00

    Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

    Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

                                        Prepared By: /s/Frances Gecker_____
                                                                                         Chapter 7 Trustee

*Frances Gecker*
*325 N. LaSalle Street*
*Suite 625*
*Chicago, IL 60654*


**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:  Case No. 10-08990-TAB
M&M Plumbing Co., Inc.  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1   User: acox   Page 1 of 3   Date Rcvd: Aug 08, 2013
                  Form ID: pdf006   Total Noticed: 64

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 10, 2013.

```
db           #+M&M Plumbing Co., Inc.,    6311 N Pulaski Rd,    Chicago, IL 60646-4511
aty           +William Cross,    Frank/Gecker LLP,    325 N. LaSalle St.,    Chicago, IL 60654-6465
aty            Zane L Zielinski,    Frank/Gecker LLP,    325 North LaSalle Street,    Suite 625,
                 Chicago, IL 60610
15196613      +Ace Hardware-Edgebrook,    5423 W. Devon Ave.,    Chicago, IL 60646-4105
15622638      +Acuity,    kohner Mann & Kailas SC,    4650 N Port Washington Road,    2nd Floor North,
                 Milwaukee, WI 53212-1077
15196614      +Acuity Insurance,    2800 S. Taylor Drive,    Sheboygan, WI 53081-8474
15196615      +Allan J. Coleman Co.,    5725 N. Ravenswood Ave.,    Chicago, IL 60660-3913
15196616      +Arlen Simon, Ltd.,    1137 Old McHenry Road,    Suite 208,    Buffalo Grove, IL 60089-1377
15196617      +Auburn Supply,    3850 West 167th Street,    Markham, IL 60428-5306
15196618      +Banner Plumbing Supply,    1020 E. Lake Cook Road,    Buffalo Grove, IL 60089-1890
15196619      +Chicago Dept. of Revenue,    P.O. Box 4956,    Chicago, IL 60680-4956
15196620      +Chicago Dept. of Revenue,    8034 Innovation Way,    Chicago, IL 60682-0080
15196621      +Chicago Dept. of Transportation,    Mgmt Driveway Permits,    30 N. LaSalle Street,    Suite 310,
                 Chicago, IL 60602-3847
15196622      +City Clerk,    121 N. LaSalle Street,    Room 107,    Chicago, IL 60602-1232
15196623      +City of Chicago Dept of Revenue,    P.O. Box 88292,    Chicago, IL 60680-1292
15196624      +City of Chicago Dept. of Water,    P.O. Box 6330,    Chicago, IL 60680-6330
15196625      +Comcast Cable,    P.O. Box 3002,    Southeastern, PA 19398-3002
15196628      +Community Home Supply,    5085 W. Park Blvd,    Suite 150,    Plano, TX 75093-2009
15196629      +Cook County Collector,    CONTR REG,    69 W. Washington,    Suite 2830,    Chicago, IL 60602-3169
15196630      +Dale Crigley,    515 Dover Court,    Roselle, IL 60172-2607
15845091      +Eva Chagdes,    6329 North Keystone Avenue,    Chicago, Il 60646-4509
15196632       Flood Brothers,    17 W. 697 Burrerfield Rdx.,    Suite E,    Oakbrook Terrace, IL  60181
15196631      +Gator Reproductions Inc.,    3687 N. Elston,    Chicago, IL 60618-4325
15196634      +Hard Rock Concrete Cutters, Inc.,    601 S. Chaddick Dr.,    Wheeling, IL 60090-6053
15196636     ++ILLINOIS DEPARTMENT OF REVENUE,    P O BOX 64338,    CHICAGO IL 60664-0338
              (address filed with court: Illinois Department of Revenue,    101 W. Jefferson,
                 Willard Ice Building,    Springfield, IL 62702)
15196640      +IRS - District Counsel,    200 West Adams, Suite 2300,    Chicago, IL 60606-5231
15401255      +Illinois Department of Employment Security,    33 South State Street,
                 Chicago, Illinois 60603-2808,    Attn: Bankruptcy Unit - 10th flr.
15594227       Illinois Department of Revenue,    Bankruptcy Section,    P.O. Box 64338,    Chicago, IL 60664-0338
15196635       Illinois Department of Revenue,    P.O. Box 19035,    Springfield, IL 62794-9035
15196637      +Illinois Director of Employment Security,    P.O. Box 3637,    Springfield, IL 62708-3637
15590003      +Internal Revenue Service,    Bruce L Wald Tishler & Wald LTD,    200 S Wacker Drive Ste 3000,
                 Chicago, Il 60606-5815
15196638       Internal Revenue Service,    D. Patrick Mullarkey,    Tax Division (DOJ),
                 Ben Franklin Station, DC 20044
15196642      +J.S. Paluch Co., Inc.,    P.O. Box 2703,    Schiller Park, IL 60176-0703
15196641      +John Heslop,    13018 Split Rail Ct.,    Homer Glen, IL 60491-8164
15196643      +Kevin S. Kane,    6505 N. Nashville,    Chicago, IL 60631-1712
15196644      +Leiter, William,    5048 Atherton,    Long Beach, CA 90815-3721
15196646      +Michael J. Tischler, III,    Bruce L Wald,    Tishier & Wald LTD,    200 S Wacker Drive Ste 3000,
                 Chicago, Il 60606-5815
15196647      +Michael J. Tischler, Jr.,    5446 W. Foster,    Skokie, IL 60077-1129
15196648      +Morton Grove Supply Co.,    6418 W. Main Street,    P.O. Box 938,    Morton Grove, IL 60053-0938
15196649      +Nathan Vanderschoot,    107 Haines Ave,    New Lenox, IL 60451-1601
15196650      +O’Malley Brothers, Inc.,    4302 Regency Drive,    Glenview, IL 60025-5200
15196656      +PSI Insurance Agency, Ltd.,    6851 W. 167th Street,    Tinley Park, IL 60477-2501
15196651      +Peoples Energy,    Chicago, Illinois 60687-0001
15196652      +Petes Auto Clinic,    3426 W. Bryn Mawr,    Chicago, IL 60659-3410
15196653       Plumbers Local 130,    c/o Lewis, Overbeck & Furman, LLP,    20 N. Clark Street,    Suite 3200,
                 Chicago, IL  60602-5093
15585050      +Plumbers’ Welfare Fund Local 130 U.A.,    Douglas A Lindsay Lewis Overbeck,    Furman LLP,
                 20 North Clark Street Suite 3200,    Chicago, IL 60602-5093
15196655     #+Plumbing Contractors Association,    1400 W. Washington Blvd.,    Chicago, IL 60607-1821
15196657     #+S.K. Culver Co.,    487 Thomas Drive,    Bensenville, IL 60106-1618
15196659       Secretary of State,    2701 Winchester Road,    Springfield, IL  62707
15196660      +Sentry Security, Inc.,    339 Egidi Drive,    Wheeling, IL 60090-2653
15196661      +Shilvock Company, Inc.,    2226 Milwaukee Avenue,    Chicago, IL 60647-4049
15196663       The Faucet Shoppe,    3884 N. Elston,    Chicago, IL  60618
15196664      +Tramco Pump Company,    1500 W. Adams St.,    Chicago, IL 60607-2485
15196665      +U.S. Cellular - MMP,    P.O. Box 0203,    Palatine, IL 60055-0001
15196666      +U.S. Cellular MT3,    P.O. Box 0203,    Palatine, IL 60055-0001
15196667      +Universal Plumbing,    1813 S. State Street,    Chicago, IL 60616-1610
15196668      +Village of Skokie,    5127 Oakton Street,    Skokie, IL 60077-3600
15196669      +Vollmar Clay Products Company,    5835 W. Touhy Avenue,    Chicago, IL 60646-1264
15196670      +Wacker Hardware,    P.O. Box 3246,    Lisle, IL 60532-8246
```

```
District/off: 0752-1           User: acox              Page 2 of 3              Date Rcvd: Aug 08, 2013
                               Form ID: pdf006         Total Noticed: 64
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
15196627      +E-mail/Text: legalcollections@comed.com Aug 08 2013 23:59:14     Commonwealth Edison Company,
               Legal Revenue Recovery/CLaims Dept.,    Three Lincoln Center,    Oakbrook Terrace, IL 60181-4204
15196633      +E-mail/Text: scd_bankruptcynotices@grainger.com Aug 09 2013 00:00:23      Grainger,   Dept. 136,
               864033543,    Palatine, IL 60038-0001
15882208       E-mail/Text: cio.bncmail@irs.gov Aug 08 2013 23:57:37      Department of Treasury,
               Internal Revenue Service,    Centralized Insolvency Operation,    P.O. Box 21126,
               Philadelphia, PA   19114
15196639       E-mail/Text: cio.bncmail@irs.gov Aug 08 2013 23:57:37      Internal Revenue Service,
               Department of the Treasury,    Philadelphia, PA   19154-0030
15196658      +E-mail/Text: pmangi@aol.com Aug 08 2013 23:59:46      Schulhoff Company,    4701 N. Ravenswood Ave.,
               Chicago, IL 60640-4407
                                                                                             TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15196671       Wages, Salaries & Commissions,    See Attached Rider
15196654*      Plumbers Local 130,    c/o Lewis Overbeck & Furman, LLP,    20 N. Clark Street,    Suite 3200,
               Chicago, IL 60602-5093
15196626     ##+Commercial Recovery Corporation,    9298 Central Avenue NE,    Suite 310,
               Minneapolis, MN 55434-4219
15196645     ##+Mathew H. Chagdes,    5646 N. Keystone Ave.,    Chicago, IL 60646-6713
15896026     ##+Matthew Chagdes,    5617 N. Kedvale Ave.,   Chicago, Illinois 60646-6708,     (312)914-1565
15196662     ##+T & J Water Heater Service,    7339 W. Addison,    Chicago, IL 60634-3429
15196672     ##+Waterware,   1829 S. State Street,    Chicago, IL 60616-1610
                                                                                     TOTALS: 1, * 1, ## 5
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 10, 2013**              **Signature:**    *Joseph Speetjens*

```
District/off: 0752-1          User: acox                  Page 3 of 3                  Date Rcvd: Aug 08, 2013
                              Form ID: pdf006             Total Noticed: 64
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 7, 2013 at the address(es) listed below:

```
              Bruce L Wald    on behalf of Debtor    M&M Plumbing Co., Inc. bwald@tishlerandwald.com
              Douglas A. Lindsay    on behalf of Creditor    Plumbers' Welfare Fund Local 130, U.A.
               dlindsay@ralaw.com,    rparizek@ralaw.com,skoutsis@ralaw.com,casedocket@ralaw.com
              Frances  Gecker    on behalf of Accountant Alan D Lasko fgecker@fgllp.com,
               fgecker@ecf.epiqsystems.com;zzielinski@fgllp.com;csmith@fgllp.com
              Frances  Gecker     fgecker@fgllp.com,
               fgecker@ecf.epiqsystems.com;zzielinski@fgllp.com;csmith@fgllp.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Zane L Zielinski    on behalf of Trustee Frances  Gecker zzielinski@fgllp.com,
               csmith@fgllp.com;dortiz@fgllp.com;ccarpenter@fgllp.com
                                                                                             TOTAL: 6
```