# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
### DIVISION

In re:                                  §
                                        §
M&M PLUMBING CO., INC.                  §        Case No. 10-08990
                                        §
            Debtor(s)                   §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Frances Gecker, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:                          Assets Exempt:
*(Without deducting any secured claims)*


Total Distributions to Claimants:          Claims Discharged
                                           Without Payment:


Total Expenses of Administration:

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on          .  The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/Frances Gecker _____
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AUBURN SUPPLY | | | | | |
| | BANNER PLUMBING SUPPLY CO., INC. | | | | | |
| | AUBURN SUPPLY CO. | | | | | |
| | BANNER PLUMBING SUPPLY CO | | | | | |
| | BANNER PLUMBING SUPPLY CO., INC. | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| FRANCES GECKER | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF NEW YORK MELLON | | | | | |
| Bank of New York Mellon | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Bank of New York Mellon | | | | | |
| ILLINOIS DEPT. OF REVENUE | | | | | |
| FRANKGECKER LLP | | | | | |
| FRANKGECKER LLP | | | | | |
| ALAN D. LASKO & ASSOCIATES, P.C. | | | | | |
| ALAN D. LASKO & ASSOCIATES, P.C. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000014 | EVA CHAGDES | | | | | |
| 000016 | MATTHEW CHAGDES | | | | | |
| 000002B | MICHAEL J. TISCHLER, III | | | | | |
| 000001 | ILLINOIS DEPARTMENT OF EMPLOYMENT S | | | | | |
| 000009B | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| 000008 | INTERNAL REVENUE SERVICE | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ACE HARDWARE-EDGEBROOK | | | | | |
| | ACUITY INSURANCE | | | | | |
| | ALLAN J. COLEMAN CO. | | | | | |
| | ARLEN SIMON, LTD. | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AUBURN SUPPLY | | | | | |
| | BANNER PLUMBING SUPPLY | | | | | |
| | CHICAGO DEPT. OF REVENUE | | | | | |
| | CHICAGO DEPT. OF REVENUE | | | | | |
| | CHICAGO DEPT. OF TRANSPORTATION | | | | | |
| | CITY CLERK | | | | | |
| | CITY OF CHICAGO DEPT OF REVENUE | | | | | |
| | CITY OF CHICAGO DEPT. OF WATER | | | | | |
| | COMCAST CABLE | | | | | |
| | COMMERCIAL RECOVERY CORPORATION | | | | | |
| | COMMONWEALTH EDISON COMPANY | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | COMMUNITY HOME SUPPLY | | | | | |
| | COOK COUNTY COLLECTOR | | | | | |
| | FLOOD BROTHERS | | | | | |
| | GATOR REPRODUCTIONS INC. | | | | | |
| | GRAINGER | | | | | |
| | HARD ROCK CONCRETE CUTTERS, INC. | | | | | |
| | J.S. PALUCH CO., INC. | | | | | |
| | MICHAEL J. TISCHLER, III | | | | | |
| | MICHAEL J. TISCHLER, JR. | | | | | |
| | MORTON GROVE SUPPLY CO. | | | | | |
| | O'MALLEY BROTHERS, INC. | | | | | |
| | PEOPLES ENERGY | | | | | |
| | PETES AUTO CLINIC | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | PLUMBERS LOCAL 130 | | | | | |
| | PLUMBING CONTRACTORS ASSOCIATION | | | | | |
| | PSI INSURANCE AGENCY, LTD. | | | | | |
| | S.K. CULVER CO. | | | | | |
| | SCHULHOFF COMPANY | | | | | |
| | SECRETARY OF STATE | | | | | |
| | SENTRY SECURITY, INC. | | | | | |
| | SHILVOCK COMPANY, INC. | | | | | |
| | T&J WATER HEATER SERVICE | | | | | |
| | THE FAUCET SHOPPE | | | | | |
| | TRAMCO PUMP COMPANY | | | | | |
| | U.S. CELLULAR - MMP | | | | | |
| | U.S. CELLULAR MT3 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | UNIVERSAL PLUMBING | | | | | |
| | VILLAGE OF SKOKIE | | | | | |
| | VOLLMAR CLAY PRODUCTS COMPANY | | | | | |
| | WACKER HARDWARE | | | | | |
| | WATERWARE | | | | | |
| 000012 | ACUITY | | | | | |
| 000013 | AUBURN SUPPLY | | | | | |
| 000015A | DEPARTMENT OF TREASURY | | | | | |
| 000015B | DEPARTMENT OF TREASURY | | | | | |
| 000015C | DEPARTMENT OF TREASURY | | | | | |
| 000003 | FLOOD BROTHERS | | | | | |
| 000010 | GATOR REPRODUCTIONS INC. | | | | | |
| 000009A | ILLINOIS DEPARTMENT OF REVENUE | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002A | MICHAEL J. TISCHLER, III | | | | | |
| 000004 | MORTON GROVE SUPPLY CO. | | | | | |
| 000007 | PLUMBERS' WELFARE FUND LOCAL 130 U | | | | | |
| 000011 | S.K. CULVER CO. | | | | | |
| 000005 | T & J WATER HEATER SERVICE | | | | | |
| 000006 | TRAMCO PUMP COMPANY | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:    1

Exhibit 8

| | |
|---|---|
| Case No: | 10-08990   TAB   Judge: Timothy A. Barnes |
| Case Name: | M&M PLUMBING CO., INC. |
| For Period Ending: | 11/07/13 |

| | |
|---|---|
| Trustee Name: | Frances Gecker |
| Date Filed (f) or Converted (c): | 03/03/10 (f) |
| 341(a) Meeting Date: | 04/19/10 |
| Claims Bar Date: | 07/27/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CHECKING ACCOUNT - JP Morgan | 0.00 | 1,596.00 | | 1,596.04 | FA |
| 2. CHECKING ACCOUNT - JP Morgan | 0.00 | 0.00 | | 0.00 | FA |
| 3. CHECKING ACCOUNT - JP Morgan | 0.00 | 0.00 | | 0.00 | FA |
| 4. CHECKING ACCOUNT - MB Financial | 0.00 | 0.00 | | 0.00 | FA |
| 5. CHECKING ACCOUNT - MB Financial | 0.00 | 0.00 | | 0.00 | FA |
| 6. ACCOUNTS RECEIVABLE | 44,230.45 | 20,000.00 | | 20,334.48 | FA |
| 7. AUTOMOBILES, TRUCKS, TRAILERS 2003 Ford VAn | 5,000.00 | 750.00 | | 750.00 | FA |
| 8. AUTOMOBILES, TRUCKS, TRAILERS Load Trail Dump Trailer | 3,500.00 | 3,000.00 | | 3,000.00 | FA |
| 9. OFFICE EQUIPMENT | 300.00 | 300.00 | | 0.00 | FA |
| 10. MACHINERY AND SUPPLIES | 2,500.00 | 200.00 | | 200.00 | FA |
| 11. INVENTORY | 3,500.00 | 3,500.00 | | 0.00 | FA |
| 12. OTHER Union Bonds, Principal Wage & Welfare - Holding checks | 1,900.00 | 1,900.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page:   2

Exhibit 8

Case No:    10-08990    TAB   Judge: Timothy A. Barnes
Case Name:    M&M PLUMBING CO., INC.

Trustee Name:    Frances Gecker
Date Filed (f) or Converted (c):    03/03/10 (f)
341(a) Meeting Date:    04/19/10
Claims Bar Date:    07/27/10

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 13. Post-Petition Interest Deposits (u) | 0.00 | 0.00 | | 4.80 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)        $60,930.45        $31,246.00            $25,885.32        $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

THE TRUSTEE IS PREPARING A FINAL ACCOUNT

Initial Projected Date of Final Report (TFR): 04/01/11        Current Projected Date of Final Report (TFR): 05/15/13

/s/     Frances Gecker

_____   Date: _____
FRANCES GECKER

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 10-08990 -TAB |
| Case Name: | M&M PLUMBING CO., INC. |
| | |
| Taxpayer ID No: | *******1496 |
| For Period Ending: | 11/07/13 |

| | |
|---|---|
| Trustee Name: | Frances Gecker |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******5625  MONEY MARKET |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/20/10 | 6 | Merger<br>351 West Hubbard<br>Suite 610<br>Chicago, IL  60610 | ACCOUNTS RECEIVABLE | 1121-000 | 333.50 | | 333.50 |
| 04/20/10 | 6 | Merger<br>351 West Hubbard<br>Suite 610<br>Chicago, IL  60610 | ACCOUNTS RECEIVABLE | 1121-000 | 411.50 | | 745.00 |
| 04/20/10 | 6 | Superdawg<br>6363 N. Milwaukee Ave.<br>Chicago, IL  60646 | ACCOUNTS RECEIVABLE | 1121-000 | 594.00 | | 1,339.00 |
| 04/20/10 | 6 | 750, LLC<br>c/o Spectrum Real Estate<br>Properties, Inc.<br>351 W. Hubbard, Suite 610<br>Chicago, IL  60610 | ACCOUNTS RECEIVABLE | 1121-000 | 450.50 | | 1,789.50 |
| 04/20/10 | 6 | The Ark, Inc.<br>6450 N. California<br>Chicago, IL  60645 | ACCOUNTS RECEIVABLE | 1121-000 | 516.00 | | 2,305.50 |
| 04/20/10 | 6 | Gerhard J. Bette<br>Kathleen M. Bette<br>660 Rosewood Ave. | ACCOUNTS RECEIVABLE | 1121-000 | 375.00 | | 2,680.50 |

Page Subtotals    2,680.50    0.00

Ver: 17.03a

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 14)*

FORM 2

Page:   2

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 10-08990  -TAB |
| Case Name: | M&M PLUMBING CO., INC. |

| | |
|---|---|
| Taxpayer ID No: | *******1496 |
| For Period Ending: | 11/07/13 |

| | |
|---|---|
| Trustee Name: | Frances Gecker |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******5625  MONEY MARKET |

| | |
|---|---|
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Winnetka, IL  60093 | | | | | |
| 04/20/10 | 6 | I.M.E. Realty Corporation | ACCOUNTS RECEIVABLE | 1121-000 | 129.00 | | 2,809.50 |
| 04/20/10 | 6 | Mary Ann Guzik<br>Anna Marie Guzik | ACCOUNTS RECEIVABLE | 1121-000 | 70.00 | | 2,879.50 |
| 04/20/10 | 6 | Deborah Zuzar<br>228 S. Wabash Limited Partnership<br>228 S. Wabash<br>Suite 410<br>Chicago, IL  60604 | ACCOUNTS RECEIVABLE | 1121-000 | 280.00 | | 3,159.50 |
| 04/20/10 | 6 | Martini Park, LLC<br>53 Old Solomons Island Rd.<br>Suite J<br>Annapolis, MD  21401 | ACCOUNTS RECEIVABLE | 1121-000 | 160.00 | | 3,319.50 |
| 04/20/10 | 6 | Sheraton Hotels & Resorts<br>d/b/a Sheraton Gateway Suites O'Hare<br>6501 N. Mannheim Road<br>Rosemont, IL  60018 | ACCOUNTS RECEIVABLE | 1121-000 | 755.50 | | 4,075.00 |
| 04/29/10 | 7 | Danny Tischler<br>Cashier's Check<br>First National Bank of Brookfield<br>9136 Washington Ave.<br>Brookfield, IL  60513 | Load Trail Dump Trailer Sale | 1129-000 | 750.00 | | 4,825.00 |
| | | | | | | | |

Page Subtotals     2,144.50          0.00

Ver: 17.03a

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 15)*

FORM 2   Page:   3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 10-08990 -TAB | |
| Case Name: | M&M PLUMBING CO., INC. | |
| | | |
| Taxpayer ID No: | *******1496 | |
| For Period Ending: | 11/07/13 | |

| | |
|---|---|
| Trustee Name: | Frances Gecker |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******5625  MONEY MARKET |
| | |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | 04/29/10 | 8 | Oakwood Contracting & Development<br>6311 N. Pulaski Rd.<br>Chicago, IL  60646-4511 | 2003 Ford Van Sale (M. Tischler) | 1129-000 | 3,000.00 | | 7,825.00 |
| | 04/30/10 | 13 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.03 | | 7,825.03 |
| | 05/28/10 | 13 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.18 | | 7,825.21 |
| | 06/04/10 | 6 | Kelly Construction<br>1471 S. Michigan Ave.<br>Chicago, IL  60605 | ACCOUNTS RECEIVABLE (Settlement) | 1121-000 | 5,700.00 | | 13,525.21 |
| * | 06/07/10 | 001000 | Banner Supply Company | Pursuant to Settlement Agreement | 4210-003 | | 3,000.00 | 10,525.21 |
| * | 06/07/10 | 001000 | Banner Supply Company | Pursuant to Settlement Agreement<br>Wrong company name | 4210-003 | | -3,000.00 | 13,525.21 |
| * | 06/07/10 | 001001 | Banner Plumbing Supply Company | Pursuant to Settlement Agreement | 4210-003 | | 3,000.00 | 10,525.21 |
| * | 06/07/10 | 001001 | Banner Plumbing Supply Company | Pursuant to Settlement Agreement<br>Wrote check too soon - waiting for court order at tomorrow's hearing - then will reissue pursuant to court order. | 4210-003 | | -3,000.00 | 13,525.21 |
| | 06/08/10 | 001002 | Banner Plumbing Supply Company | Pursuant to Settlement Agreement | 4210-000 | | 3,000.00 | 10,525.21 |
| | 06/09/10 | 6 | 1448 N. Lakeshore Drive<br>Building Corporation<br>1448 N. Lakeshore Drive | ACCOUNTS RECEIVABLE | 1121-000 | 174.00 | | 10,699.21 |

| | | | |
|---|---|---|---|
| | Page Subtotals | 8,874.21 | 3,000.00 |

Ver: 17.03a

UST Form 101-7-TDR (5/1/2011) *(Page: 16)*

**FORM 2**

Page:   4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 10-08990  -TAB |
|---|---|
| Case Name: | M&M PLUMBING CO., INC. |

| Trustee Name: | Frances Gecker |
|---|---|
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******5625  MONEY MARKET |

| Taxpayer ID No: | *******1496 |
|---|---|
| For Period Ending: | 11/07/13 |

| Blanket Bond (per case limit): | $ 5,000,000.00 |
|---|---|
| Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Chicago, IL  60610 | | | | | |
| | 06/09/10 | 6 | Gerhard J. Bette<br>Kathleen M. Bette<br>660 Rosewood Ave.<br>Winnetka, IL  60093 | ACCOUNTS RECEIVABLE | 1121-000 | 490.50 | | 11,189.71 |
| | 06/21/10 | 1 | JP Morgan Chase Bank, N.A.<br>Phoenix, AZ | Bank Account | 1129-000 | 1,596.04 | | 12,785.75 |
| | 06/30/10 | 13 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.29 | | 12,786.04 |
| | 07/30/10 | 13 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.33 | | 12,786.37 |
| | 08/20/10 | 6 | Kelly Construction & Design, Ltd.<br>1471 South Michigan Avenue<br>Chicago, Illinois  60605 | ACCOUNTS RECEIVABLE | 1121-000 | 1,645.00 | | 14,431.37 |
| | 08/31/10 | 13 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.34 | | 14,431.71 |
| | 09/20/10 | 6 | Guaranty National Title Company<br>Construction #5 Disbursement<br>36 W. Randolph St. Suite 800<br>Chicago, IL  60601-3510 | ACCOUNTS RECEIVABLE | 1121-000 | 8,249.98 | | 22,681.69 |
| * | 09/23/10 | 001003 | Auburn Supply Co. | Pursuant to Court Order 8/24/10<br>Pursuant to Settlement Agreement and Court Order<br>dated 8/24/10. | 4210-003 | | 4,000.00 | 18,681.69 |

| Page Subtotals | 11,982.48 | 4,000.00 |
|---|---|---|

Ver: 17.03a

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 17)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 10-08990  -TAB |
| Case Name: | M&M PLUMBING CO., INC. |
| Taxpayer ID No: | *******1496 |
| For Period Ending: | 11/07/13 |

| | |
|---|---|
| Trustee Name: | Frances Gecker |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******5625  MONEY MARKET |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| | 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|---|
| * | 09/23/10 | 001004 | BANNER PLUMBING SUPPLY CO., INC. | Pursuant to Court Order 8/24/10 Pursuant to Settlement Agreement and Court Order dated 8/24/10 | 4210-003 | | 1,500.00 | 17,181.69 |
| * | 09/27/10 | 001003 | Auburn Supply Co. | Pursuant to Court Order 8/24/10 Trustee wanted address on check. | 4210-003 | | -4,000.00 | 21,181.69 |
| * | 09/27/10 | 001004 | BANNER PLUMBING SUPPLY CO., INC. | Pursuant to Court Order 8/24/10 Trustee wanted addresses on checks. | 4210-003 | | -1,500.00 | 22,681.69 |
| | 09/27/10 | 001005 | BANNER PLUMBING SUPPLY CO., INC. 1020 E. Lake Cook Road Buffalo Grove, IL  60089 | Pursuant to Court Order 8/24/10 Pursuant to Settlement Agreement and Court Order dated 8/24/10. | 4210-000 | | 1,500.00 | 21,181.69 |
| | 09/27/10 | 001006 | AUBURN SUPPLY CO. 3850 W. 167th Street Markham, Illinois  60428 | Pursuant to Court Order 8/24/10 Pursuant to Settlement Agreement and Court Order dated 8/24/10. | 4210-000 | | 4,000.00 | 17,181.69 |
| | 09/30/10 | 13 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.40 | | 17,182.09 |
| | 10/29/10 | 13 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.44 | | 17,182.53 |
| | 11/01/10 | 10 | Oakwood Contracting & Development LLC 6311 N. Pulaski Rd. Chicago, IL  60646-4511 | | 1129-000 | 200.00 | | 17,382.53 |
| | 11/30/10 | 13 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.44 | | 17,382.97 |
| | 12/31/10 | 13 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.44 | | 17,383.41 |

Page Subtotals    201.72    1,500.00

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 18)*

Ver: 17.03a

FORM 2

Page:   6

Exhibit 9

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No:          10-08990  -TAB
Case Name:     M&M PLUMBING CO., INC.

Taxpayer ID No:  *******1496
For Period Ending:  11/07/13

Trustee Name:               Frances Gecker
Bank Name:                   BANK OF AMERICA
Account Number / CD #:   *******5625  MONEY MARKET

Blanket Bond (per case limit):   $  5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/31/11 | 13 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.44 | | 17,383.85 |
| 02/08/11 | 001007 | INTERNATIONAL SURETIES, LTD. Suite 420 701 Poydras Street New Orleans, LA  70139 | BLANKET BOND | 2300-000 | | 19.79 | 17,364.06 |
| 02/28/11 | 13 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.13 | | 17,364.19 |
| 03/31/11 | 13 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.15 | | 17,364.34 |
| 04/29/11 | 13 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.14 | | 17,364.48 |
| 05/31/11 | 13 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.15 | | 17,364.63 |
| 06/30/11 | 13 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.14 | | 17,364.77 |
| 07/29/11 | 13 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.14 | | 17,364.91 |
| 08/31/11 | 13 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.16 | | 17,365.07 |
| 09/30/11 | 13 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.14 | | 17,365.21 |
| 10/31/11 | 13 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.15 | | 17,365.36 |
| 10/31/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 22.12 | 17,343.24 |
| 11/18/11 | 001008 | FRANK/GECKER LLP | First Fee App - Order of 11/16/11 | | | 10,982.11 | 6,361.13 |

Page Subtotals                 1.74            11,024.02

Ver: 17.03a

FORM 2

Page:   7

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 10-08990 -TAB | |
| Case Name: | M&M PLUMBING CO., INC. | |
| | | |
| Taxpayer ID No: | *******1496 | |
| For Period Ending: | 11/07/13 | |

| | |
|---|---|
| Trustee Name: | Frances Gecker |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******5625  MONEY MARKET |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 325 N. LaSalle Street<br>Suite 625<br>Chicago, IL  60654 | Order dated 11/16/11 - First Fee App<br><br>Fees          10,841.00<br>Expenses        141.11 | <br><br><br>3110-000<br>3120-000 | | | |
| 11/30/11 | 13 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.12 | | 6,361.25 |
| 11/30/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 17.77 | 6,343.48 |
| 12/29/11 | 13 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.05 | | 6,343.53 |
| 12/29/11 | | Transfer to Acct #*******2509 | Bank Funds Transfer | 9999-000 | | 6,343.53 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 25,885.32 | 25,885.32 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 6,343.53 | |
| Subtotal | 25,885.32 | 19,541.79 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 25,885.32 | 19,541.79 | |

| | | |
|---|---|---|
| Page Subtotals | 0.17 | 6,361.30 |

Ver: 17.03a

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 20)*

**FORM 2**

Page: 8

Exhibit 9

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: | 10-08990 -TAB |
| Case Name: | M&M PLUMBING CO., INC. |
| Taxpayer ID No: | *******1496 |
| For Period Ending: | 11/07/13 |

| | |
|---|---|
| Trustee Name: | Frances Gecker |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******2509  GENERAL CHECKING |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/29/11 | | Transfer from Acct #*******5625 | Bank Funds Transfer | 9999-000 | 6,343.53 | | 6,343.53 |
| 02/20/12 | 001000 | ILLINOIS DEPT. OF REVENUE P.O. Box 19030 Springfield, IL  62794-9030 | ACCOUNT ID: 01588-33664 FEIN: 36-3801496 | 2820-000 | | 191.03 | 6,152.50 |
| 02/12/13 | | Trsf To Bank of New York Mellon | FINAL TRANSFER | 9999-000 | | 6,152.50 | 0.00 |

| | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|
| COLUMN TOTALS | 6,343.53 | 6,343.53 | 0.00 |
| Less:  Bank Transfers/CD's | 6,343.53 | 6,152.50 | |
| Subtotal | 0.00 | 191.03 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 0.00 | 191.03 | |

Page Subtotals          6,343.53          6,343.53

Ver: 17.03a

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page:    9

Exhibit 9

| Case No: | 10-08990  -TAB | | | | Trustee Name: | | Frances Gecker |
|---|---|---|---|---|---|---|---|
| Case Name: | M&M PLUMBING CO., INC. | | | | Bank Name: | | Bank of New York Mellon |
| | | | | | Account Number / CD #: | | *******7028  GENERAL CHECKING |
| Taxpayer ID No: | *******1496 | | | | | | |
| For Period Ending: | 11/07/13 | | | | Blanket Bond (per case limit): | | $ 5,000,000.00 |
| | | | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/12/13 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | 6,152.50 | | 6,152.50 |
| 03/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | 5.01 | 6,147.49 |
| 03/11/13 | | Bank of New York Mellon | BANK SERVICE FEES | 2600-000 | | 4.99 | 6,142.50 |
| 04/05/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,132.50 |
| 09/09/13 | 010000 | ALAN D. LASKO & ASSOCIATES, P.C.<br>29 SOUTH LASALLE STREET<br>SUITE 1240<br>CHICAGO, ILLINOIS  60603 | Accountant for Trustee Fees (Other | | | 2,849.70 | 3,282.80 |
| | | | Fees          2,834.38 | 3410-000 | | | |
| | | | Expenses        15.32 | 3420-000 | | | |
| 09/09/13 | 010001 | FRANCES GECKER<br>FRANK/GECKER LLP<br>325 N. LaSalle Street, Suite 625<br>Chicago, IL  60654 | Chapter 7 Compensation/Fees | 2100-000 | | 3,282.80 | 0.00 |

Page Subtotals        6,152.50        6,152.50

Ver: 17.03a

UST Form 101-7-TDR (5/1/2011) *(Page: 22)*

FORM 2

Page: 10

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 10-08990 -TAB | |
| Case Name: | M&M PLUMBING CO., INC. | |
| | | |
| Taxpayer ID No: | *******1496 | |
| For Period Ending: | 11/07/13 | |

| | |
|---|---|
| Trustee Name: | Frances Gecker |
| Bank Name: | Bank of New York Mellon |
| Account Number / CD #: | *******7028 GENERAL CHECKING |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 6,152.50 | 6,152.50 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 6,152.50 | 0.00 | |
| | | | Subtotal | | 0.00 | 6,152.50 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 6,152.50 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| MONEY MARKET - *******5625 | 25,885.32 | 19,541.79 | 0.00 |
| GENERAL CHECKING - *******2509 | 0.00 | 191.03 | 0.00 |
| GENERAL CHECKING - *******7028 | 0.00 | 6,152.50 | 0.00 |
| | ------------------------ | ------------------------ | ------------------------ |
| | 25,885.32 | 25,885.32 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Frances Gecker, Trustee

/s/ Frances Gecker

Trustee's Signature: _____ Date: 11/07/13

FRANCES GECKER

Page Subtotals 0.00 0.00

Ver: 17.03a

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 23)*